UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

HAYWOOD TYLER,

        Defendant.

- - - - - - - - - - - - - - -X

Cr. No. 01-1081

(Wexler, J.)

## **FINAL ORDER OF FORFEITURE**

WHEREAS, on March 7, 2005, this Court entered a Preliminary Order of Forfeiture (the "Preliminary Order"), wherein the Defendant HAYWOOD TYLER (The "Defendant), agreed to forfeit certain property pursuant to 21 U.S.C. § 853, as property that constitutes or is derived from proceeds the Defendant obtained as a result of his violation of 21 U.S.C. § 846, and/or as property traceable thereto, and/or as substitute assets pursuant to 21 U.S.C. § 853(p); and

WHEREAS, in satisfaction of the Defendant's forfeiture obligation to the United States, the Defendant agreed to forfeit the following assets:

    a)    United States currency in the amount of five thousand eight hundred and twenty eight dollars and no cents ($5,828.00) seized by law enforcement officers at the real property and premises located at 8 David Drive, Selden, New York on or about September 29, 2000; and

b) one black Mercedes Benz, VIN WDBFA66EMF025989 seized from the real property located at 8 David Drive, Selden, New York on or about September 29, 2000, (collectively referred to as the "Forfeited Assets"); and

WHEREAS, legal notice of the Preliminary Order was published in the New York Post, a newspaper of general circulation in this district, on July 1, 2005, July 8, 2005, and July 15, 2005, and no petition or claim to the Forfeited Assets has been filed.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that all right, title and interest in the Forfeited Assets is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law as property that constitutes or is derived from proceeds the Defendant obtained as a result of his violation of 21 U.S.C. § 846, and/or as property traceable thereto, and/or as substitute assets pursuant to 21 U.S.C. § 853(p); and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Department of Treasury and all of its duly authorized agents and/or contractors are hereby authorized to seize and dispose of the Forfeited Assets in accordance with all laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of

enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental final orders of forfeiture as may be necessary; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall become final as to the defendant HAYWOOD TYLER and at the time of sentencing shall be made part of the defendant's sentence and included in the judgment of conviction; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722, Attn: Assistant U.S. Attorney Richard T. Lunger.

Dated: Central Islip, New York
August 16, 2007

_____
HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE